UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Kevin Hall</u>

       v.                     07-cv-117-PB

<u>Dr. Swartout</u>


O R D E R

I hereby recuse myself from presiding over this case as Attorney Michael Pignatelli has filed an appearance on behalf of the defendant.

SO ORDERED.


November 5, 2007                    /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:    Kevin Hall, Pro Se
        Michael Pignatelli, Esq.