UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kevin D. Hall</u>

    v.                                                  Civil No. 07-cv-117-JL

<u>FNU Swartout</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 12, 2014.

SO ORDERED.

/s/ Joe Laplante
_____
Joseph N. Laplante
Chief Judge

Date:  October 20, 2014

cc:  Kevin D. Hall, Pro se
     Michael A. Pignatelli, Esq.
     Kenneth C. Bartholomew, Esq.